IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GREAT SOCIALIST PEOPLE'S<br>LIBYAN ARAB JAMAHIRIYA<br>2600 Virginia Avenue, N.W., Suite 705<br>Washington, DC 20037-1925<br><br>and<br><br>EMBASSY OF THE LIBYAN ARAB JAMAHIRIYA<br>2600 Virginia Avenue, N.W., Suite 705<br>Washington, DC 20037-1925<br><br>          Plaintiffs,<br><br>vs.<br><br>AHMAD MISKI<br>972 Mount Holly Drive<br>Annapolis, Maryland 21401<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: _____<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya, by and through their attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, sues Defendant Ahmad Miski and requests that this Honorable Court:

a.      order the forfeiture and cancellation of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" that have been registered by Defendant Ahmad Miski pursuant to 15 U.S.C. § 1125 (d) (1) (C);

b.      order that the ownership and registration of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" be transferred to Plaintiff Great Socialist People's Libyan Arab

Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya pursuant to 15 U.S.C. § 1125 (d) (1) (C);

c.      order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Defendant Miski's profits from the use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" pursuant to 15 U.S.C. § 1117 (a) (1), or alternatively, order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

d.      order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Plaintiff Great Socialist People's Libyan Arab Jamahiriya's and Plaintiff Embassy of the Libyan Arab Jamahiriya's damages from Defendant Miski's use of the domain names "embassyoflibya.org,"         "libyaembassy.com,"         "libyaembassy.org"         and "libyanembassy.com" which Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya estimate to be at least One Million Dollars ($1,000,000.00) pursuant to 15 U.S.C. § 1117 (a) (2), or alternatively, order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

e.      order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable costs in prosecuting the instant action pursuant to 15 U.S.C. §1117 (a) (3); and

f.      order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable attorneys' fees in prosecuting the instant action pursuant to 15 U.S.C. 1117 (a).

## Jurisdiction

1.      This Honorable Court has jurisdiction over the claims presented in the instant Complaint pursuant to 28 U.S.C. § 1330 as Plaintiff Great Socialist People's Libyan Arab Jamahiriya is a "foreign state" and Plaintiff Embassy of the Libyan Arab Jamahiriya is an "agency or instrumentality" of a "foreign state."

2.      This Honorable Court also has jurisdiction over the claims presented in the instant Complaint pursuant to 15 U.S.C. 1121 (a) as the instant action concerns Defendant Ahmad Miski's registration and use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com."

## Venue

3.      Venue is proper in this Honorable Court pursuant to 28 U.S.C. §1391 (b) as the District of Columbia is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of the property that is the subject of the instant action is situated, specifically the Embassy of the Libyan Arab Jamahiriya.

## Parties

4.      Plaintiff Great Socialist People's Libyan Arab Jamahiriya [hereinafter the "Libyan Government"] is a "foreign state" as defined in 28 U.S.C. § 1603 (a) that operates in the United States of America through its embassy located in the Watergate complex in Washington, DC.

5.      As defined in 28 U.S.C. § 1603 (b), Plaintiff Embassy of the Libyan Arab Jamahiriya is an "agency or instrumentality" of a "foreign state," namely the Great Socialist People's Libyan Arab Jamahiriya, as Plaintiff Embassy of the Libyan Arab Jamahiriya is a "separate legal person, corporate or otherwise" or "an organ of a foreign state or political subdivision thereof."

6.      Plaintiff Embassy of the Libyan Arab Jamahiriya in Washington, DC performs many, if not most, of the diplomatic functions typically performed by a sovereign nation's embassy in Washington, DC.

7.      Defendant Ahmad Miski is believed to be an adult who resides in the State of Maryland.

8.      Defendant Ahmad Miski is believed to be the owner of record of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com."

9.      Defendant Ahmad Miski is believed to be the individual who benefits from third parties' use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com."[1]

### Domain Names at Issue

10.      The four domain names at issue in the instant case, "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" all "point to" the same "home page."[2]

---

[1]      A printout of the "WHOIS" record for each of these domain names is attached to the instant Complaint as Exhibit 1.

[2]      A printout of this "home page" is attached to the instant Complaint as Exhibit 2.

**Defendant Miski's Misuse of Plaintiffs' Marks**

11.     On the "home page" that the four domain names at issue link to, Defendant Miski describes that

> 1.     We will authenticate the document from the Department of State.
>
> 2.     We will certify the document from the Chamber of Commerce.
>
> 3.     We will legalize the document from the Libyan embassy in Washington, DC.

12.     For performing these services, Defendant Miski charges fees that begin at $95.00.

13.     Pursuant to 15 U.S.C. § 1125 (c) (2) (A), the terms "Embassy of Libya," "Libya Embassy" and "Libyan Embassy" are "famous marks" that are widely recognized by the general consuming public of the United States as a designation of the source of the goods or services of the marks' owners, Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya.

14.     Pursuant to 15 U.S.C. § 1125 (c) (2) (B), the terms "Embassy of Libya," "Libya Embassy" and "Libyan Embassy" are "famous marks" that are similar to the marks used by Defendant Miski to link to his website, "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com," and thus, Defendant Miski's use of these marks impairs the distinctiveness of Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya's marks "Embassy of Libya," "Libya Embassy" and "Libyan Embassy."

**Count I – Violation of 15 U.S.C. § 1125 (a) (1) (A)**

15.     The allegations contained in Paragraphs 1-14 of the instant Complaint are incorporated herein as if fully stated.

16.    By registering the domain names, "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" and linking a common webpage to all of these domain names that advertises Defendant Miski's services for a fee, Defendant Miski has used in commerce any word, term, name, symbol or device or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant Miski with Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya, or as to the origin, sponsorship, or approval of Defendant Miski's goods, services or commercial activities by Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya pursuant to 15 U.S.C. § 1125 (a) (1) (A).

17.    As a direct and proximate result of Defendant Miski's registration of the above-referenced domain names and linkage to Defendant Miski's website, Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya have suffered damages, including, but not limited to the dilution of its marks "Embassy of Libya," "Libya Embassy" and "Libyan Embassy."

WHEREFORE, Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya respectfully requests that this Honorable Court:

a.    Order the forfeiture and cancellation of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" that have been registered by Defendant Ahmad Miski pursuant to 15 U.S.C. § 1125 (d) (1) (C);

b.   Order that the ownership and registration of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" be transferred to Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya pursuant to 15 U.S.C. § 1125 (d) (1) (C);

c.   Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Defendant Miski's profits from the use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" pursuant to 15 U.S.C. § 1117 (a) (1), or alternatively, order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

d.   Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Plaintiff Great Socialist People's Libyan Arab Jamahiriya's and Plaintiff Embassy of the Libyan Arab Jamahiriya's damages from Defendant Miski's use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" which Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya estimate to be at least One Million Dollars ($1,000,000.00) pursuant to 15 U.S.C. § 1117 (a) (2), or alternatively, order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

e.      Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable costs in prosecuting the instant action pursuant to 15 U.S.C. §1117 (a) (3); and

f.      Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable attorneys' fees in prosecuting the instant action pursuant to 15 U.S.C. 1117 (a).

### Count II – Violation of 15 U.S.C. § 1125 (a) (1) (B)

18.     The allegations contained in Paragraphs 1-14 of the instant Complaint are incorporated herein as if fully stated.

19.     By registering the domain names, "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" and linking a common webpage to all of these domain names that advertises Defendant Miski's services for a fee, Defendant Miski has used in commerce any word, term, name, symbol or device or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which, in commercial advertising or promotion, misrepresents the nature, characteristics, qualities or geographic origin of Defendant Miski's goods, services or commercial activities and implies that these goods, services or commercial activities are sponsored or approved by Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya pursuant to 15 U.S.C. § 1125 (a) (1) (B).

20.     As a direct and proximate result of Defendant Miski's registration of the above-referenced domain names and linkage to Defendant Miski's website, Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab

Jamahiriya have suffered damages, including, but not limited to the dilution of its marks "Embassy of Libya," "Libya Embassy" and "Libyan Embassy."

WHEREFORE, Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya respectfully requests that this Honorable Court:

a.    Order the forfeiture and cancellation of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" that have been registered by Defendant Ahmad Miski pursuant to 15 U.S.C. § 1125 (d) (1) (C);

b.    Order that the ownership and registration of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" be transferred to Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya pursuant to 15 U.S.C. § 1125 (d) (1) (C);

c.    Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Defendant Miski's profits from the use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" pursuant to 15 U.S.C. § 1117 (a) (1), or alternatively, order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

d.    Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Plaintiff Great Socialist People's Libyan Arab Jamahiriya's and Plaintiff Embassy of the

Libyan Arab Jamahiriya's damages from Defendant Miski's use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" which Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya estimate to be at least One Million Dollars ($1,000,000.00) pursuant to 15 U.S.C. § 1117 (a) (2), or alternatively, order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

e.      Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable costs in prosecuting the instant action pursuant to 15 U.S.C. §1117 (a) (3); and

f.      Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable attorneys' fees in prosecuting the instant action pursuant to 15 U.S.C. 1117 (a).

## <u>Count III – Violation of 15 U.S.C. § 1125 (d) (1) (A)</u>

21.     The allegations contained in Paragraphs 1-14 of the instant Complaint are incorporated herein as if fully stated.

22.     By registering the domain names, "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" and linking a common webpage to all of these domain names, Defendant Miski has, without regard to the goods or services of the parties, a bad faith intent to profit from the marks owned by Plaintiffs, specifically, the marks "Embassy of Libya," "Libya Embassy" and "Libyan Embassy" pursuant to 15 U.S.C. § 1125 (d) (1) (A) (ii).

23.    By registering the domain names, "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" and linking a common webpage to all of these domain names, Defendant Miski has registered, trafficked in or used domain names that are identical or confusingly similar to Plaintiffs' marks that were distinctive or famous at the time Defendant Miski registered these domain names, specifically, the marks "Embassy of Libya," "Libya Embassy" and "Libyan Embassy" pursuant to 15 U.S.C. § 1125 (d) (1) (A) (ii) (I) and 15 U.S.C. § 1125 (d) (1) (A) (ii) (I).

24.    By registering the domain names, "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" and linking a common webpage to all of these domain names, Defendant Miski has registered, trafficked in or used domain names that are identical or confusingly similar to Plaintiffs' marks that is a trademark, word or other name protected by reason of section 706 of title 18 of the United States Code or section 220506 of title 36 of the United States Code pursuant to 15 U.S.C. § 1125 (d) (1) (A) (ii) (III).

25.    As a direct and proximate result of Defendant Miski's registration of the above-referenced domain names and linkage to Defendant Miski's website, Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya have suffered damages, including, but not limited to the dilution of its marks "Embassy of Libya," "Libya Embassy" and "Libyan Embassy."

WHEREFORE, Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya respectfully requests that this Honorable Court:

a.     Order the forfeiture and cancellation of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" that have been registered by Defendant Ahmad Miski pursuant to 15 U.S.C. § 1125 (d) (1) (C);

b.     Order that the ownership and registration of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" be transferred to Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya pursuant to 15 U.S.C. § 1125 (d) (1) (C);

c.     Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Defendant Miski's profits from the use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" pursuant to 15 U.S.C. § 1117 (a) (1), or alternatively, order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

d.     Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya the sum equal to Plaintiff Great Socialist People's Libyan Arab Jamahiriya's and Plaintiff Embassy of the Libyan Arab Jamahiriya's damages from Defendant Miski's use of the domain names "embassyoflibya.org," "libyaembassy.com," "libyaembassy.org" and "libyanembassy.com" which Plaintiff Great Socialist People's Libyan Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya estimate to be at least One Million Dollars ($1,000,000.00) pursuant to 15 U.S.C. § 1117 (a) (2), or alternatively, order

Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan Arab

Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya statutory damages of

Four Hundred Thousand Dollars ($400,000.00) pursuant to 15 U.S.C. § 1117 (d);

e.      Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan

Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable

costs in prosecuting the instant action pursuant to 15 U.S.C. §1117 (a) (3); and

f.      Order Defendant Ahmad Miski to pay Plaintiff Great Socialist People's Libyan

Arab Jamahiriya and Plaintiff Embassy of the Libyan Arab Jamahiriya its reasonable

attorneys' fees in prosecuting the instant action pursuant to 15 U.S.C. 1117 (a).


Respectfully submitted,

J.P. Szymkowicz (#462146)
John T. Szymkowicz (#946079)
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19th Street, N.W., Suite 400
Washington, DC 20036-2438
(202) 862-8500 (voice)
(202) 862-9825 (fax)

Attorney for Plaintiff Great Socialist People's
Libyan Arab Jamahiriya

# Exhibit 1

NetworkSolutions.

Welcome J.P. Szymkowicz!

Your cart is empty

## WHOIS Search Results

**Who's Hosting Your Web Site?**
Get a FREE domain renewal
with an annual hosting package.    Learn More ≫

Be found in major search
engines like Google® and
Yahoo!®    ≫ $34.95/month

WHOIS Record For

IMAGE NOT
AVAILABLE

**embassyoflibya.org**
Services from Network Solutions:
Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

Need More Info?
**Contact us today!**
CALL 1-800-361-5712

CONTACT a sales
consultant

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest
Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy.  This service is intended only for query-based access.  You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.  All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D103553410-LROR
Domain Name:EMBASSYOFLIBYA.ORG
Created On:25-Dec-2003 13:12:11 UTC
Last Updated On:06-Apr-2006 14:22:32 UTC
Expiration Date:25-Dec-2007 13:12:11 UTC
Sponsoring Registrar:eNom, Inc. (R39-LROR)
Status:OK
Registrant ID:0156837D12C3576E
Registrant Name:Ahmad Miski
Registrant Street1:972 Mt. Holly Dr.
Registrant Street2:
Registrant Street3:
Registrant City:Annapolis
Registrant State/Province:MD
Registrant Postal Code:21401
Registrant Country:US
Registrant Phone:+1.4107575544
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:miski@usarab.org
Admin ID:0156837D12C3576E
Admin Name:Ahmad Miski
Admin Street1:972 Mt. Holly Dr.
Admin Street2:
Admin Street3:
Admin City:Annapolis
Admin State/Province:MD
Admin Postal Code:21401
Admin Country:US
Admin Phone:+1.4107575544
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:miski@usarab.org
Tech ID:0156837D12C3576E
Tech Name:Ahmad Miski
Tech Street1:972 Mt. Holly Dr.
Tech Street2:
Tech Street3:
Tech City:Annapolis
Tech State/Province:MD
Tech Postal Code:21401
Tech Country:US
Tech Phone:+1.4107575544

Search ≫

Go ≫

**BUY THE AVAILABLE EXTENSIONS
FOR THIS DOMAIN NAME**

| embassyofli... | ✔ | .net |
| embassyofli... | ✔ | .biz |
| embassyofli... | ✔ | .tv |
| embassyofli... | ✔ | .us |
| embassyofli... | ✔ | .cc |
| embassyofli... | ✔ | .ws |
| embassyofli... | ✔ | .bz |
| embassyofli... | ✔ | .vg |
| embassyofli... | ✔ | .gs |
| embassyofli... | ✔ | .tc |
| embassyofli... | ✔ | .ms |

Continue ≫

Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:miski@usarab.org
Name Server:NS1.4FS.COM
Name Server:NS2.4FS.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions, therefore,
does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **IP Address:** | 64.38.10.78 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES) |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Web Site Title:** | Libya Embassy Legalization, Libya Embassy Certification, Libya Legalization,Libya certification, Libya apostille,Libya appostil,Libya appostille,Libya apostil,Libya apostille |
| **Meta Description:** | Embassy Legalization And Certification Of Legal Documents From Libya Embassy In Washington Dc Usa |
| **Meta Keywords:** | Libya Embassy Legalization, Libya Embassy Certification, Libya Legalization,Libya certification, Libya apostille,Libya appostil,Libyaappostille,Libya apostil,Libya apostill,Libya apostille,Libya Embassy,Libya Export,Libya Washington Embassy,Libya Adoption |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |

for your domain name registration be included in a public database known as WHOIS. To
learn about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use.
The Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related
to a domain name registration record. Network Solutions does not guarantee its
accuracy. By submitting a WHOIS query, you agree to abide by the following terms of
use: You agree that you may use this Data only for lawful purposes and that under no
circumstances will you use this Data to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial advertising or solicitations via direct mail,
e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic
processes that apply to Network Solutions (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly prohibited without the
prior written consent of Network Solutions. You agree not to use high-volume, automated,
electronic processes to access or query the WHOIS database. Network Solutions
reserves all rights and remedies it now has or may have in the future, including, but not
limited to, the right to terminate your access to the WHOIS database in its sole
discretion, for any violations by you of these terms of use, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide by these
terms of use. Network Solutions reserves the right to modify these terms at any time.

SEARCH AGAIN

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
○ **Domain Name**
○ **NIC Handle**
○ **IP Address**

Search ➔


**PerformanceClicks™ from
Network Solutions**
Create and manage your
online advertising from as
low as **$125/month** plus **$99
one time set-up fee**


**Need to get your business
online?**
Our professional designers
can build a custom Web site
for your business.
$49.95/month, plus a
$299.00 design fee

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics

2 of 3                                                                                                   11/28/06  1:47 PM



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

 

"An outstanding customer service experience"
- J.D. Power & Associates

## NetworkSolutions

Welcome J.P. Szymkowicz!

Your cart is empty

# WHOIS Search Results

**Who's Hosting Your Web Site?**
Get a FREE domain renewal with an annual hosting package.

Learn More

Be found in major search engines like Google® and Yahoo!® » $34.95/month

## WHOIS Record For



**libyaembassy.com**
Services from Network Solutions:
Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

**Need More Info?**
Contact us today!

CALL 1-800-361-5712

CONTACT a sales consultant

= = = =
Visit AboutUs.org for more information about LIBYAEMBASSY.COM
AboutUs: LIBYAEMBASSY.COM

Contact: miski@usarab.org

Domain name: LIBYAEMBASSY.COM

Administrative Contact:

   Ahmad Miski (miski@usarab.org)
   +1.4107575544
   Fax: +1.20252111806
   972 Mt. Holly Dr.
   Annapolis, MD 21401
   US

Technical Contact:

   Ahmad Miski (miski@usarab.org)
   +1.4107575544
   Fax: +1.20252111806
   972 Mt. Holly Dr.
   Annapolis, MD 21401
   US

Registrant Contact:

   Ahmad Miski (miski@usarab.org)
   +1.4107575544
   Fax: +1.20252111806
   972 Mt. Holly Dr.
   Annapolis, MD 21401
   US

Status: Locked

Name Servers:
   ns1.4fs.com
   ns2.4fs.com

Creation date: 13 Dec 2002 14:36:17
Expiration date: 13 Dec 2007 14:36:17
= = = =
The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Search

Go

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

| | | |
|---|---|---|
| libyaembass... | ☑ | .info |
| libyaembass... | ☑ | .biz |
| libyaembass... | ☑ | .tv |
| libyaembass... | ☑ | .cc |
| libyaembass... | ☑ | .ws |
| libyaembass... | ☑ | .bz |
| libyaembass... | ☑ | .vg |
| libyaembass... | ☑ | .gs |
| libyaembass... | ☑ | .tc |
| libyaembass... | ☑ | .ms |

Continue

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 64.38.10.78 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Libya Embassy Legalization, Libya Embassy Certification, Libya Legalization,Libya certification, Libya apostile,Libya appostii,Libya apostill,Libya apostil,Libya apostill,Libya apostille |
| Meta Description: | Embassy Legalization And Certification Of Legal Documents From Libya Embassy In Washington Dc Usa |
| Meta Keywords: | Libya Embassy Legalization, Libya Embassy Certification, Libya Legalization,Libya certification, Libya apostile,Libya appostii,Libyaappostille,Libya apostil,Libya apostill,Libya apostille,Libya Embassy,Libya Export,Libya Washington Embassy,Libya Adoption |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 12-Jun-2006 |

for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month plus $99 one time set-up fee**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $49.95/month, plus a $299.00 design fee

SEARCH AGAIN

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
- Domain Name
- NIC Handle
- IP Address

Search

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.





"An outstanding customer service experience"
- J.D. Power & Associates

**NetworkSolutions**

Welcome  J.P.  Szymkowicz!

Your cart is empty



## WHOIS Search Results

**Tired of your old Web site?**
Let our experts review and rate your Web site, for FREE!    Click Here ⬆

Give your customers peace of mind. » CONTINUE

**WHOIS Record For**

IMAGE NOT
AVAILABLE

**libyaembassy.org**
Services from Network Solutions:
Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

NOTICE: Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the Public Interest
Registry
registry database. The data in this record is provided by Public Interest Registry
for informational purposes only, and Public Interest Registry does not guarantee its
accuracy.  This service is intended only for query-based access.  You agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to: (a) allow, enable, or otherwise
support the transmission by e-mail, telephone, or facsimile of mass
unsolicited, commercial advertising or solicitations to entities other than
the data recipient's own existing customers; or (b) enable high volume,
automated, electronic processes that send queries or data to the systems of
Registry Operator or any ICANN-Accredited Registrar, except as reasonably
necessary to register domain names or modify existing registrations.  All
rights reserved. Public Interest Registry reserves the right to modify these terms at any
time. By submitting this query, you agree to abide by this policy.

Domain ID:D94762049-LROR
Domain Name:LIBYAEMBASSY.ORG
Created On:12-Mar-2003 12:33:46 UTC
Last Updated On:05-Mar-2006 11:53:14 UTC
Expiration Date:12-Mar-2007 12:33:46 UTC
Sponsoring Registrar:eNom, Inc. (R39-LROR)
Status:OK
Registrant ID:0156837D12C3576E
Registrant Name:Ahmad Miski
Registrant Street1:972 Mt. Holly Dr.
Registrant Street2:
Registrant Street3:
Registrant City:Annapolis
Registrant State/Province:MD
Registrant Postal Code:21401
Registrant Country:US
Registrant Phone:+1.4107575544
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:miski@usarab.org
Admin ID:0156837D12C3576E
Admin Name:Ahmad Miski
Admin Street1:972 Mt. Holly Dr.
Admin Street2:
Admin Street3:
Admin City:Annapolis
Admin State/Province:MD
Admin Postal Code:21401
Admin Country:US
Admin Phone:+1.4107575544
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:miski@usarab.org
Tech ID:0156837D12C3576E
Tech Name:Ahmad Miski
Tech Street1:972 Mt. Holly Dr.
Tech Street2:
Tech Street3:
Tech City:Annapolis
Tech State/Province:MD
Tech Postal Code:21401
Tech Country:US
Tech Phone:+1.4107575544

**Need More Info?**
**Contact us today!**
CALL 1-800-361-5712

CONTACT a sales
consultant

Search ⬆

Go ⬆

**BUY THE AVAILABLE EXTENSIONS
FOR THIS DOMAIN NAME**

| | | |
|---|---|---|
| libyaembass... | ☑ | .info |
| libyaembass... | ☑ | .biz |
| libyaembass... | ☑ | .tv |
| libyaembass... | ☑ | .cc |
| libyaembass... | ☑ | .ws |
| libyaembass... | ☑ | .bz |
| libyaembass... | ☑ | .vg |
| libyaembass... | ☑ | .gs |
| libyaembass... | ☑ | .tc |
| libyaembass... | ☑ | .ms |

Continue ⬆

Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:miski@usarab.org
Name Server:NS1.4FS.COM
Name Server:NS2.4FS.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**IP Address:** 64.38.10.78 (ARIN & RIPE IP search)
**IP Location:** US(UNITED STATES)
**Record Type:** Domain Name
**Server Type:** Apache 1
**Web Site Status:** Active
**DMOZ** no listings
**Y! Directory:** see listings
**Secure:** No
**E-commerce:** No
**Traffic Ranking:** Not available
**Data as of:** 14-Jun-2005

for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month plus $99 one time set-up fee**


**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$49.95/month, plus a $299.00 design fee

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing

Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

SEARCH AGAIN

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
◉ **Domain Name**
○ **NIC Handle**
○ **IP Address**

Search ➤

 



**Welcome J.P. Szymkowicz!**

Your cart is empty

## WHOIS Search Results

**Who's Hosting Your Web Site?**
Get a FREE domain renewal with an annual hosting package.

Learn More ⯈

**Leading the SSL Industry in Value and Security.**
⯈⯈ LEARN MORE

### WHOIS Record For



**libyanembassy.com**
Services from Network Solutions:
Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

**Need More Info?**
**Contact us today!**
CALL 1-800-361-5712

CONTACT a sales consultant

= = = =
Visit AboutUs.org for more information about LIBYANEMBASSY.COM
AboutUs: LIBYANEMBASSY.COM

Contact: miski@usarab.org

Domain name: LIBYANEMBASSY.COM

Administrative Contact:

    Ahmad Miski (miski@usarab.org)
    +1.4107575544
    Fax: +1.20252111806
    972 Mt. Holly Dr.
    Annapolis, MD 21401
    US

Technical Contact:

    Ahmad Miski (miski@usarab.org)
    +1.4107575544
    Fax: +1.20252111806
    972 Mt. Holly Dr.
    Annapolis, MD 21401
    US

Registrant Contact:

    Ahmad Miski (miski@usarab.org)
    +1.4107575544
    Fax: +1.20252111806
    972 Mt. Holly Dr.
    Annapolis, MD 21401
    US

Status: Locked

Name Servers:
    ns1.4fs.com
    ns2.4fs.com

Creation date: 10 Feb 2003 13:22:11
Expiration date: 10 Feb 2007 13:22:11
= = = =
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Search ⯈

Go ⯈

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

| | | |
|---|---|---|
| libyanembas... | ✔ | .net |
| libyanembas... | ✔ | .info |
| libyanembas... | ✔ | .biz |
| libyanembas... | ✔ | .tv |
| libyanembas... | ✔ | .us |
| libyanembas... | ✔ | .cc |
| libyanembas... | ✔ | .ws |
| libyanembas... | ✔ | .bz |
| libyanembas... | ✔ | .vg |
| libyanembas... | ✔ | .gs |
| libyanembas... | ✔ | .tc |
| libyanembas... | ✔ | .ms |

Continue ⯈

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
● Domain Name
○ NIC Handle
○ IP Address

Search ⇗

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 64.38.10.78  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Libya Embassy Legalization, Libya Embassy Certification, Libya Legalization,Libya certification, Libya appostile,Libya appostil,Libya appostile,Libya apostil,Libya apostill,Libya apostille |
| Meta Description: | Embassy Legalization And Certification Of Legal Documents From Libya Embassy In Washington Dc Usa |
| Meta Keywords: | Libya Embassy Legalization, Libya Embassy Certification, Libya Legalization,Libya certification, Libya appostile,Libya appostil,Libyaappostille,Libya apostil,Libya apostill,Libya apostille,Libya Embassy,Libya Export,Libya Washington Embassy,Libya Adoption |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 12-Jun-2006 |

for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month plus $99 one time set-up fee**


**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $49.95/month, plus a $299.00 design fee



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.



"An outstanding customer service experience"
- J.D. Power & Associates

# Exhibit 2

# Legalization and Certification of Documents from
# Libya Embassy in Washington DC

| | |
|---|---|
| **Required Documents:** | All documents have to be certified from the the secretary of state where they were notarized. Federal documents are ready to send to us. |
| **Procedure:** | 1. We will authenticate the document from the Department of State.<br>2. We will certify the document from the Chamber of Commerce.<br>3. We will legalize the document from the Libyan embassy in Washington DC. |
| **Approximate turn around time:** | Three to five business days. |
| **Charges and Payment methods:** | Send company check or money order for the total of the following fees payable to the order of "Arab American Chamber of Commerce".<br>1. Our service fee . {$95.00}<br>2. Department of State fee . {$7.00}<br>3. Chamber of Commerce certification fee. {$25.00}<br>4. Libya Liaison Office fee. {$40.00} (For most types of documents)<br>Article of Incorporation fee is $300<br>Agency Agreement fee is $300<br>Power of Attorney fee is $100<br><br>*In case that you have an Invoice or a certificate of Origin please click here.* |
| **Charges for additional documents:** | Each additional document cost $45.00 for the service fee plus the charges noted in # 2-4 above. |
| **Mailing:** | If you are using **FedEx**, -**DHL**-, -**UPS**<br>Please send your documents to:<br>**Arab American Chamber of Commerce**<br>**972 Mt. Holly Dr. Annapolis MD 21409**<br>We **do not** accept **USPS Priority Mail.**<br>We accept regular mail, but we **do not** recommend or guarantee. |

**AACC is not responsible for damaged, delayed or lost mail.**

If you need further assistance, e-mail your request to: **Libya@arabchamber.org** .We will respond within 24 hours. Or, you can contact us at: **1-888-939-ARAB** or (202) 347-5800 for instant assistance.

*Disclaimer: This website was created by Arab American Chamber of Commerce to facilitate certifications of documents intended for use in Libya. The country of Libya does not have an embassy in the United States. Arab American Chamber of Commerce is not affiliated with the Libyan Liaison office in Washington DC, or the Libyan mission office in New York.*

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA & EMBASSY OF THE LIBYAN ARAB JAMAHIRIYA _99999/11001_ | AHMAD MISKI, 972 Mount Holly Drive, Annapolis, Maryland 21401 |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) _Libya/DC_ | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) J.P. Szymkowicz (#462146) & John T. Szymkowicz (#946079), SZYMKOWICZ & SZYMKOWICZ, LLP, 1220 19th Street, N.W., Suite 400, Washington, DC 20036 (202) 862-8500 | ATTORNEYS (IF KNOWN) unknown |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

● 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ~~○ 1~~ | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ● 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ● 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E. General Civil (Other)**      OR      ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

● 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1330    15 USC 1121(a)

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | DEMAND $ 1,400,000.00  Check YES only if demanded in complaint<br>JURY DEMAND:  YES ☐  NO ☒ |
|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction)  YES ☐  NO ☒  If yes, please complete related case form. |
|---|---|

DATE  11/29/06     SIGNATURE OF ATTORNEY OF RECORD  *J. P. Szyl*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.