CO-386-online
10/03

# United States District Court
# For the District of Columbia

GREAT SOCIALIST PEOPLE'S )
LIBYAN ARAB JAMAHIRIYA, et al. )
)
)
                Plaintiff )   Civil Action No._____
    VS )
AHMAD MISKI )
)
)
               Defendan )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Embassy of the Libya Arab Jamahiriya_ certify that to the best of my knowledge a

belief, the following are parent companies, subsidiaries or affiliates of _Embassy of the Libya Arab Jamahiriya_ which h

any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

462146
BAR IDENTIFICATION NO.

J.P. SZYMKOWICZ
Print Name

1220 19TH STREET NW STE 400
Address

WASHINGTON DC  20036-2438
City        State        Zip Code

202-862-8500
Phone Number