CO-386-online
10/03

# United States District Court
# For the District of Columbia

GREAT SOCIALIST PEOPLE'S ) 
LIBYAN ARAB JAMAHIRIYA, et al. )
)
)
        vs      Plaintiff  )     Civil Action No._____
)
AHMAD MISKI )
)
)
                 Defendan )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Great Socialist People's Libyan Arab Jamahiriya_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Great Socialist People's Libyan Arab Jamahiriya_ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

462146
_____
BAR IDENTIFICATION NO.

J.P. SZYMKOWICZ
_____
Print Name

1220 19TH STREET NW STE 400
Address

WASHINGTON DC  20036-2438
City      State      Zip Code

202-862-8500
Phone Number