Great Socialist People's Libyan Arab Jamahiriya, et al.

vs.

Ahmad Miski

No. 1:06CV02046

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MICHAEL COCHRAN, having been duly authorized to make service of the Summons; Complaint with Exhibits 1 - 2; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order and Consent to Proceed Before a United States Magistrate Judge For All Purposes in the above entitled case, hereby depose and say:

That my date of birth / age is 11-11-1950.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:35 pm on December 17, 2006, I served Ahmad Miski at 972 Mount Holly Drive, Annapolis, Maryland 21401 by serving Ahmad Miski, personally. Described herein:

```
SEX-     MALE
AGE-     40
HEIGHT-  6'1"
HAIR-    BLACK
WEIGHT-  160
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 12-18-06
           Date

*Michael Cochran*
MICHAEL COCHRAN
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180593

# UNITED STATES DISTRICT COURT
## District of Columbia

Great Socialist People's
Libyan Arab Jamahiriya et al

V.

Ahmad Miski

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV02046

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 11/30/2006

TO: (Name and address of Defendant)

Ahmad Miski
972 Mount Holly Drive
Annapolis MD 21401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JP Szymkowicz
1220 19th Street NW #400
Washington DC 20036
202 862 8500

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 30 2006
CLERK                                DATE

(By) DEPUTY CLERK

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

12-18-2006

J.P. SZYMKOWICZ, ESQUIRE
SZYMKOWICZ & SZYMKOWICZ, LLP
1220 19TH STREET, NW, SUITE 400
WASHINGTON, DC 20036-2438

Great Socialist People's Libyan Arab Jamahiriya, et al. v. Ahmad Miski

Case No. 1:06CV02046

Invoice No. 180593

Client Matter No. N/A

---

SERVICE OF PROCESS
Ahmad Miski, 972 Mount Holly Drive, Annapolis, Maryland 21401
12-17-2006

SERVICE OF PROCESS                                           $120.00

**AMOUNT PAID-**

**BALANCE DUE UPON RECEIPT-**                                $120.00

---

Please write invoice no. 180593 on your check.

**Case Comments-**