IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA** and **EMBASSY OF THE LIBYAN ARAB JAMAHIRIYA,** <br><br> Plaintiffs, <br><br> v. <br><br> **Ahmad Miski,** <br><br> Defendant. | Case No. 1:06-cv-02046-RBW |

**MOTION TO ADMIT NON-MEMBER COUNSEL**
***PRO HAC VICE* OF ROBERT D. SCHULTE**

I, Suzanne M. Lewis, Esq., a member in good standing of the bar of this Court (Bar No. 454141), hereby move the admission of Robert D. Schulte, Esquire, to appear *pro hac vice* in this case a counsel for Defendant, Ahmad Miski. For his part, Counsel Schulte hereby certifies and declares that:

1. his full name is Robert David Schulte;

2. his office address and phone number is Schulte Booth, P.C., 3001 Elliott Street, Baltimore, Maryland 21224, (410) 732-1315 (voice), (410) 732-1316 (facsimile);

3. he is a admitted to practice before the Bar of Maryland by the Court of Appeals of Maryland, in good standing and a member of the Bar of the United States District Court for the District of Maryland, also in good standing;

4. he hereby certifies that has never been disciplined by any bar for any reason;

5. he has not been admitted on any occasion *pro hac vice* in this Court in the last two (2) years; and

6. he does not engage in the practice of law from an office located in the District of Columbia.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

By: /s/
_____
Suzanne M. Lewis, Esq. (Bar No. 454141)
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20036

(202) 712-7000
(202) 712-7100 (facsimile)

slewis@bktc.net

## DECLARATION AND CERTIFICATION OF ROBERT D. SCHULTE, ESQ.

I HEREBY CERTIFY AND DECLARE that the foregoing is true to the best of my knowledge, information and belief.

**SCHULTE BOOTH, P.C.**

By: /s/
_____
Robert D. Schulte, Esq. (*pro hac vice*)
3001 Elliott Street
Baltimore, Maryland 21224

(410) 732-1315
(410) 732-1316 (facsimile)

rschulte@schultebooth.com