IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA** <br><br> and <br><br> **EMBASSY OF THE LIBYAN ARAB JAMAHIRIYA,** <br><br> Plaintiffs, <br><br> v. <br><br> **Ahmad Miski,** <br><br> Defendant. | Case No. 1:06-cv-02046-RBW |

### MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant, Ahmad Miski, by and through his undersigned counsel, Suzanne M. Lewis, Esq., Bonner, Kiernan, Trebach & Crociata, L.L.P., and Robert D. Schulte, Esq. and Schulte Booth, P.C. hereby files this Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and the Federal Rules of Civil Procedure.  As further set for the accompanying Memorandum of Law which is incorporated herein by reference, Defendant states the following:

1. Venue in this District is not proper in this matter under 28 U.S.C. § 1391(b)(1).

2. Venue in this District is not proper in this matter under 28 U.S.C. § 1391(b)(2).

3. This matter should be transferred to the United States District Court for the Maryland, Baltimore Division for the convenience of parties and witnesses, and in the

interest of justice pursuant to 28 U.S.C. § 1404(a).

WHEREFORE, Defendant, Ahmad Miski, respectfully requests that this Honorable Court transfer this matter to the United States District Court for the District of Maryland, Baltimore Division.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

By: /s/ _____
Suzanne M. Lewis, Esq. (Bar No. 454141)
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20036

(202) 712-7000
(202) 712-7100 (facsimile)

slewis@bktc.net

**SCHULTE BOOTH, P.C.**

By: /s/ _____
Robert D. Schulte, Esq. (*pro hac vice*)
3001 Elliott Street
Baltimore, Maryland 21224

(410) 732-1315
(410) 732-1316 (facsimile)

rschulte@schultebooth.com