UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AHMAD MISKI <br><br> Defendant. | Civil Action No. 06-02046 (RBW) |

**ORDER**

In accordance with this Court's Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that the defendant's motion to dismiss, or in the alternative to transfer this case to the District of Maryland is **DENIED**.[1]

**SO ORDERED** on this 30th day of July, 2007.

_____
REGGIE B. WALTON
United States District Judge

---

[1] A Memorandum Opinion consistent with this Order shall be issued contemporaneously herewith.