IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| GREAT SOCIALIST PEOPLE'S LIBRAN ARAB JAMAHIRIYA, *et al.*, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No.: 06-CV-2046 (RBW) |
| AHMAD MISKI, | : : | |
| Defendant. | : | |

**PRAECIPE WITHDRAWING APPEARANCE OF SUZANNE M. LEWIS**

THE CLERK OF THE COURT will please withdraw the appearance of Suzanne M. Lewis as counsel for Defendant Ahmad Miski.

Defendant will continue to be represented by Kamal M. Nawash of The Nawash Law Office and Robert D. Schulte of Schulte Booth, P.C.

                                                    Respectfully submitted,

                                                */s/ Suzanne M. Lewis*
                                                Suzanne M. Lewis (Bar No. 454141)
                                                Bonner Kiernan Trebach & Crociata, LLP
                                                1233 20th Street N.W., Suite 800
                                                Washington, D.C. 20036
                                                (202) 712-7000
                                                (202) 712-7100 (facsimile)
                                                **Counsel for Defendant Ahmad Miski**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe Withdrawing Appearance of Suzanne M. Lewis was mailed, via electronic mail and via first-class mail, postage pre-paid, this 14th day of December, 2007 to:

Kamal M. Nawash, Esq.
The Nawash Law Office
1050 17th Street, NW, Suite 1000
Washington, D.C. 20036

Robert D. Schulte, Esq.
Schulte Booth, P.C.
3001 Elliott Street
Baltimore, Maryland 21224

J.P. Szymkowicz, Esq.
Szymkowicz & Associates, P.C.
1220 19th Street, NW, Suite 400
Washington, D.C. 20036-2438

/s/ *Suzanne M. Lewis*
Suzanne M. Lewis