CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREAT SOCIALIST PEOPLE'S )<br>LIBYAN ARAB JAMAHIRIYA, )<br>ET AL. )<br>Plaintiff )<br>)<br>v. ) | Civil Case Number 06-2046 (LFO) |
| )<br>)<br>AHMAD MISKI )<br>ET AL. )<br>)<br>Defendants ) | Category   E |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 18,2008 from Judge Reggie B. Walton to Judge Louis F. Oberdorder by direction of the Calendar Committee.

(Case Reassigned by Consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Oberdorfer & Courtroom Deputy
Judge Walton & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk