# Invoice

SZYMKOWICZ & SZYMKOWICZ, LLP
2300 N STREET, NW, STE 5310
WASHINGTON, DC 20037-1122
(202) 862-8500

| Date | Invoice No. |
|---|---|
| 12/14/11 | 1305 |

**Bill To**

Embassy of the Libyan Arab Jamahiriya
2600 Virginia Ave, NW, Ste 705
Washington, DC 20037

**Matter**

Re: CYBER-PIRATES - Miski

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 02/17/11 | Appear at Trial and Meet with Ambassador | 8 | 300.00 | 2,400.00 |
| 02/23/11 | Discuss Status of Payment of Transcript Charges with Zubi | 0.25 | 300.00 | 75.00 |
| 02/23/11 | Discuss Miski's Settlement Email with Zubi | 0.25 | 300.00 | 75.00 |
| 02/23/11 | Court Reporter Charge for Transcript | | 1,168.00 | 1,168.00 |
| 02/24/11 | Compile & Send Libya's Trial Exhibits to Miski | 0.4 | 300.00 | 120.00 |
| 03/02/11 | Discuss Motion to Stay with Zubi | 0.1 | 300.00 | 30.00 |
| 03/02/11 | Discuss Brief with Zubi | 0.2 | 300.00 | 60.00 |
| 03/02/12 | Discuss Transcript with Menhart | 0.2 | 300.00 | 60.00 |
| 03/08/12 | Discuss Transcript with Zubi | 0.2 | 300.00 | 60.00 |
| 03/09/12 | File Motion to Stay Case | 2 | 300.00 | 600.00 |
|  | Payment. Thank you. |  | -4,648.00 | -4,648.00 |
| 11/30/11 | JP Conference with Christopher Mitchell regarding pending litigation, review Transcript of Bench Trial, Meet with Mr. Mitchell | 7.7 | 300.00 | 2,310.00 |
| 11/30/11 | Prepare for and Attend 2 Status Hearings | 2 | 300.00 | 600.00 |
| 11/30/11 | Prepare Portions of Plaintiff Libyan Government's Post Trial Brief | 23.5 | 300.00 | 7,050.00 |
| 02/03/12 | Review Miski Post Trial Brief and Prepare Opposition | 15.5 | 300.00 | 4,650.00 |

**Total** $14,610.00