

Christopher Paul Mitchell
888 16th St., NW, Suite 800
Washington, DC 20006

# Invoice

**Invoice #:** 1115
**Invoice Date:** 2/3/2012
**Due Date:** 2/3/2012
**Project:** 0002
**P.O. Number:**

**Bill To:**
Embassy of Libya
Ali Suleiman Aujali
2600 Virginia Ave. N.W., Ste 705
Washington, DC, 20037

| Description | Hours/Qty | Rate | Amount |
|---|---:|---:|---:|
| 11/30/11 - Conferencing with J.P. Szymkowicz and representative regarding pending litigation, reviewing Transcript of Bench Trial, Meeting with J.P. Szymkowicz and representative regarding same | 7.70 | 225.00 | 1,732.50 |
| 11/30/11 - Preparing for and attending 2 Status Hearings | 2.00 | 225.00 | 450.00 |
| 11/30/11 - Preparing portions of Plaintiff Libyan Government's Post Trial Brief | 18.50 | 225.00 | 4,162.50 |
| 2/3/12 - Reviewing Defendant Miski's Post-Trial Memorandum, Preparing portions of Plaintiff Libyan Government's Opposition to Defendant Miski's Post-Trial Memorandum | 15.20 | 225.00 | 3,420.00 |

| | |
|---|---:|
| **Total** | $9,765.00 |
| **Payments/Credits** | $0.00 |
| **Invoice Due** | $9,765.00 |
| **Total Due** | $9,765.00 |